Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−32726−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark Smith
905 Woodland Avenue
Union, NJ 07083

Pamjoi Smith
aka Joy Smith, aka Joyce Smith
905 Woodland Avenue
Union, NJ 07083

Social Security No.:
xxx−xx−4329

xxx−xx−8757

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on July 14, 2017.

  Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 14, 2017
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                         Case No. 16-32726-SLM
Mark Smith                                                     Chapter 13
Pamjoi Smith
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin             Page 1 of 2           Date Rcvd: Jul 14, 2017
                              Form ID: 148            Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2017.
```
db/jdb         +Mark Smith,    Pamjoi Smith,    905 Woodland Avenue,    Union, NJ 07083-7712
516522969      +AHS Overlook Med Ctr Opins 3 c/o,    P.D.A.B Inc,    66 Ford Road Suite 114,
                 Denville, NJ 07834-1300
516522970      +Atlantic Health Systems,    Po Box 35611,    Newark, NJ 07193-5611
516522971      +Capital One c/o,    Eltman Law, PC,    101 Hudson St Ste 2702,    Jersey City, NJ 07302-3929
516522972      +City of Elizabeth,    Department of Public Works,    50 Winfield Scott Plaza,
                 Elizabeth, NJ 07201-2408
516522974      +Cornell Hall Care & Rehabilitatiton Cent,    c/o Romano & Romano, Esqs,    573 Bloomfield Avenue,
                 Verona, NJ 07044-1818
516522976      +Enterprise Recovery Sys,    840 S. Front Age Rd,    Woodridge, IL 60517-4900
516522978      +FIA c/o Weinberg & Assoc,    1200 Laurel Oak Road ste 104,    Voorhees, NJ 08043-4317
516522979      +Fedloan Servicing,    Po Box60610,    Harrisburg, PA 17106-0610
516522982      +LVNV Funding c/o,    Forster, Garbus & Garbus,    60 Motor Parkway,    Commack, NY 11725-5710
516522981      +Liberty Water,    Po box 371852,    Pittsburgh, PA 15250-7852
516522983      +North Jersey Pediatic Orthopeadic,    140 Chestnut Street,    Ste 201,    Ridgewood, NJ 07450-2536
516522984       Overlook at Union Imaging c/o,    Summit Radiology Assoc,    Po Box 1259,
                 Port Chester, NY 10573-8000
516522985      +Powers Kirn,    9 East Stow Road,    Ste C,    Marlton, NJ 08053-3159
516522986      +Progressive Financial Services,Inc,    Po Box 22083,    Tempe, AZ 85285-2083
516753195      +Seterus Inc. as servicer for Federal National Mort,    P.O. Box 1047,    Hartford, CT 06143-1047
516522988      +Seterus c/o Stern Lavinthal,    105 Eisenhower Parkway, Suite 302,    Roseland, NJ 07068-1640
516522989      +Summit Radological Asso.,    dba Westfield Imaging Center,    Po Box 460,    Summit, NJ 07902-0460
516624577      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516719328       U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
516522991      +Union EMA,    Po Box 417442,    Boston, MA 02241-7442
516522994      +Verizon Wireless c/oMRS,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
516522996      +Wells Fargo Mortgage,    Po Box 6423,    Carol Stream, IL 60197-6423
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 14 2017 23:34:51     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 14 2017 23:34:45     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516522968      +E-mail/Text: bankruptcydepartment@tsico.com Jul 14 2017 23:35:40
                 ADT Security c/o Transworld Systems,    507 Prudential Rad,    Horsham, PA 19044-2308
516596769       EDI: AIS.COM Jul 14 2017 23:13:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
516522973       E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jul 14 2017 23:35:30     Comcast,
                 Po Box69,    Newark, NJ 07101-0069
516522975      +E-mail/Text: bankruptcy.bnc@ditech.com Jul 14 2017 23:34:29      DiTech Financial, LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
516705394       E-mail/Text: bankruptcy.bnc@ditech.com Jul 14 2017 23:34:29
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516522979       EDI: IRS.COM Jul 14 2017 23:13:00      Internal Revenue Service,    Po Box 7346,
                 Philadelphia, PA 19101-7346
516522980       EDI: JEFFERSONCAP.COM Jul 14 2017 23:14:00      Jefferson Capital Systems, LLC,
                 16 McLeand Road,    Saint Cloud, MN 56303
516748933       EDI: RESURGENT.COM Jul 14 2017 23:13:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC  29603-0587
516522990       EDI: TFSR.COM Jul 14 2017 23:13:00      Toyota Motor Credit,    5005 N. River Blvd NE,
                 Cedar Rapids, IA 52411
516522992      +E-mail/Text: bankruptcygroup@ugcorp.com Jul 14 2017 23:35:16     United Guaranty,
                 230 North Elm Street,    Greensboro, NC 27401-2417
516754779      +E-mail/Text: bankruptcygroup@ugcorp.com Jul 14 2017 23:35:16
                 United Guaranty Residential Ins Co of NC,    PO Box 20327,    Greensboro, NC 27420-0327
516522993      +EDI: VERIZONWIRE.COM Jul 14 2017 23:13:00      Verizon Wireless,    Po Box 26055,
                 Minneapolis, MN 55426-0055
516727246       EDI: WFFC.COM Jul 14 2017 23:13:00      Wells Fargo Bank, N.A.,
                 Attn: Default Document Processing,    MAC# N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
516522995      +EDI: WFFC.COM Jul 14 2017 23:13:00      Wells Fargo Home Mortgage,    Po Box 10335,
                 Des Moines, IA 50306-0335
                                                                                              TOTAL: 16
```

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 14, 2017
                              Form ID: 148             Total Noticed: 39

516522987     ##+Seterus,   Po Box 2008,   Grand Rapids, MI 49501-2008
                                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2017 at the address(es) listed below:

```
          Bruce W. Radowitz    on behalf of Joint Debtor Pamjoi   Smith bradowitz@comcast.net,
           r45676@notify.bestcase.com
          Bruce W. Radowitz    on behalf of Debtor Mark   Smith bradowitz@comcast.net,
           r45676@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor     SETERUS INC., as servicer for FEDERAL NATIONAL
           MORTGAGE ASSOCIATION cmecf@sternlav.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                            TOTAL: 9
```