**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
**Chapter 13 Standing Trustee**

Order Filed on July 14, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

IN RE:

    MARK SMITH
    PAMJOI SMITH

Case No.:    16-32726 SLM

Chapter:    13

# ORDER OF DISMISSAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 14, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  MARK SMITH
            PAMJOI SMITH

Case No.:  16-32726

Caption of Order:   Order of Dismissal

---

Upon the Debtor's failure to comply with the order entered on 06/16/2017 and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr.P.2002(f), the Clerk shall notify all parties in interest of the entry of this order.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 16-32726-SLM
Mark Smith　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
Pamjoi Smith
　　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: Jul 14, 2017
　　　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2017.
db/jdb　　　　+Mark Smith,　Pamjoi Smith,　905 Woodland Avenue,　Union, NJ 07083-7712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2017　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2017 at the address(es) listed below:
　　　　　Bruce W. Radowitz　　on behalf of Joint Debtor Pamjoi　Smith bradowitz@comcast.net,
　　　　　　r45676@notify.bestcase.com
　　　　　Bruce W. Radowitz　　on behalf of Debtor Mark　Smith bradowitz@comcast.net,
　　　　　　r45676@notify.bestcase.com
　　　　　Denise E. Carlon　　on behalf of Creditor　Toyota Motor Credit Corporation
　　　　　　dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
　　　　　Denise E. Carlon　　on behalf of Creditor　Ditech Financial LLC dcarlon@kmllawgroup.com,
　　　　　　bkgroup@kmllawgroup.com
　　　　　Jeanette F. Frankenberg　　on behalf of Creditor　SETERUS INC., as servicer for FEDERAL NATIONAL
　　　　　　MORTGAGE ASSOCIATION cmecf@sternlav.com
　　　　　Marie-Ann Greenberg　　magecf@magtrustee.com
　　　　　U.S. Trustee.　　USTPRegion03.NE.ECF@usdoj.gov
　　　　　William M.E. Powers　　on behalf of Creditor　Wells Fargo Bank, N.A. ecf@powerskirn.com
　　　　　William M.E. Powers, III　　on behalf of Creditor　Wells Fargo Bank, N.A. ecf@powerskirn.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 9