UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.:        _____

Chapter:        _____

Hearing Date:    _____

Judge:            _____

**APPLICATION FOR ORDER SHORTENING TIME**

       The applicant _____, on behalf of

_____ requests that the time period to/for

_____ as required by _____ be shortened
& IMPOSE THE AUTOMATIC STAY.
pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

    1.     A shortened time hearing is requested because:

    2.     State the hearing dates requested:

    3.     Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

    The applicant requests entry of the proposed order shortening time.

Date: _____        _____
                                      Signature

*rev.8/1/15*