UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BRUCE W. RADOWTIZ, ESQ
636 CHESTNUT STREET
UNION, NJ 07083
908-687-2333

**Order Filed on July 19, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

MARK SMITH
PAMJOI SMITH

Case No.: 16-32726

Chapter: 13

Judge: SLM

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following page is **ORDERED**.

**DATED: July 19, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of __MARK SMITH and PAMJOI SMITH__ for the reduction of time for a hearing on __MOTION TO REINSTATE CASE & IMPOSE THE AUTOMATIC STAY__ _____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __August 1, 2017__ at __10:00 AM__ in the United States Bankruptcy Court, __3rd Floor, 50 Walnut St., Newark, NJ 07102__, Courtroom No. __3 A__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: All secured creditors and their attorneys (if known), Chapter 13 Trustee and any priority creditors
_____

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All unsecured creditors and any party requesting notice
_____

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☒ regular mail,  ☒ email,  ☒ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or
  by 5:00pm on July 20, 2017.
☒ ~~within _____ day(s) of the date of this Order.~~

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. ~~Any objections to the motion/application identified above:~~   \*\*

   ☐ ~~must be filed with the Court and served on all parties in interest by electronic or overnight mail~~ ~~_____ day(s) prior to the scheduled hearing; or~~

   ☐ ~~may be presented orally at the hearing.~~

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

```
** Any objections to the motion/application identified above
must be filed with the Court and served on all parties in
interest by electronic or overnight mail by Thursday, July 27,
2017 at 5:00 PM.

Any reply must be filed with the Court and served on all parties
in interest by electronic or overnight mail by Friday, July 28,
2017 at 3:00 PM.

No further submissions will be accepted.
```

*rev.2/1/16*