UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BRUCE W. RADOWTIZ, ESQ
636 CHESTNUT STREET
UNION, NJ 07083
908-687-2333

Order Filed on July 19, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In Re:

MARK SMITH
PAMJOI SMITH

Case No.:    16-32726

Chapter:    13

Judge:    SLM

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following page is **ORDERED**.

**DATED: July 19, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of __MARK SMITH and PAMJOI SMITH__ for the reduction of time for a hearing on MOTION TO REINSTATE CASE & IMPOSE THE AUTOMATIC STAY _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __August 1, 2017__ at 10:00 AM in the United States Bankruptcy Court, __3rd Floor, 50 Walnut St., Newark, NJ 07102__, Courtroom No. __3 A__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: All secured creditors and their attorneys (if known), Chapter 13 Trustee and any priority creditors

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All unsecured creditors and any party requesting notice

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☒ regular mail,  ☒ email,  ☒ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or
   by 5:00pm on July 20, 2017.
☒ ~~within _____ day(s) of the date of this Order.~~

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

    6. A *Certification of Service* must be filed prior to the hearing date.

    7. ~~Any objections to the motion/application identified above:~~   \*\*

        ☐ ~~must be filed with the Court and served on all parties in interest by electronic or overnight mail~~ ~~_____ day(s) prior to the scheduled hearing; or~~

        ☐ ~~may be presented orally at the hearing.~~

    8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

        ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

```
** Any objections to the motion/application identified above
must be filed with the Court and served on all parties in
interest by electronic or overnight mail by Thursday, July 27,
2017 at 5:00 PM.

Any reply must be filed with the Court and served on all parties
in interest by electronic or overnight mail by Friday, July 28,
2017 at 3:00 PM.

No further submissions will be accepted.
```

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-32726-SLM
Mark Smith                                                                Chapter 13
Pamjoi Smith
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 19, 2017
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2017.
db/jdb         +Mark Smith,   Pamjoi Smith,   905 Woodland Avenue,   Union, NJ 07083-7712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2017 at the address(es) listed below:
        Bruce W. Radowitz    on behalf of Joint Debtor Pamjoi  Smith bradowitz@comcast.net,
         r45676@notify.bestcase.com
        Bruce W. Radowitz    on behalf of Debtor Mark  Smith bradowitz@comcast.net,
         r45676@notify.bestcase.com
        Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Jeanette F. Frankenberg    on behalf of Creditor    SETERUS INC., as servicer for FEDERAL NATIONAL
         MORTGAGE ASSOCIATION cmecf@sternlav.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
        William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
        William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                            TOTAL: 9