UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

 Mark Smith and Pamjoi Smith

| | |
|---|---|
| Case No.: | 16-32726 |
| Chapter: | 13 |
| Judge: | SLM |

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO:  Bruce W. Radowitz

This will confirm that on _____7/18/17_____ the following document(s) was filed by you.

☒    Amendment to Schedule(s)  J_____,

☐    Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒    Declaration About an Individual Debtor's Schedules (106 Declaration)

☒    An updated Summary of Your Assets and Liabilities and Certain Statistical Information
       (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐    Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐    An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary)
       [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date
of this notice.

  Dated: 7/25/17_____                    Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:
Mark Smith
Pamjoi Smith
    Debtors

Case No. 16-32726-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jul 25, 2017
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2017.
db/jdb      +Mark Smith,  Pamjoi Smith,  905 Woodland Avenue,  Union, NJ 07083-7712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2017           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2017 at the address(es) listed below:
     Bruce W. Radowitz  on behalf of Joint Debtor Pamjoi  Smith bradowitz@comcast.net, r45676@notify.bestcase.com
     Bruce W. Radowitz  on behalf of Debtor Mark  Smith bradowitz@comcast.net, r45676@notify.bestcase.com
     Denise E. Carlon  on behalf of Creditor  Toyota Motor Credit Corporation dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
     Denise E. Carlon  on behalf of Creditor  Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
     Jeanette F. Frankenberg  on behalf of Creditor  SETERUS INC., as servicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION cmecf@sternlav.com
     Marie-Ann Greenberg  magecf@magtrustee.com
     U.S. Trustee.  USTPRegion03.NE.ECF@usdoj.gov
     William M.E. Powers  on behalf of Creditor  Wells Fargo Bank, N.A. ecf@powerskirn.com
     William M.E. Powers, III  on behalf of Creditor  Wells Fargo Bank, N.A. ecf@powerskirn.com
                      TOTAL: 9