UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2013-2198

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000



**Order Filed on August 28, 2017
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

Mark Smith
Pamjoi Smith
aka Joy Smith
aka Joyce Smith

Case No.: 16-32726-SLM

Hearing Date: 08/01/2017

Judge: Honorable Stacey L. Meisel

Chapter: 13

ORDER REINSTATING CASE, AUTOMATIC STAY, AND PROVIDING OTHER RELIEF

The relief set forth on the following pages, numbered two (2) through three (3)    is hereby **ORDERED**.

**DATED: August 28, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: Mark Smith and Pamjoi Smith, aka Joy Smith, aka Joyce Smith
Case No.: 16-32726-SLM
Caption of Order:  ORDER REINSTATING CASE, AUTOMATIC STAY, AND PROVIDING OTHER RELIEF

Upon the Motion to Reinstate Case and Impose the Automatic Stay filed by Bruce W. Radowitz, Esquire, on behalf of Debtors and the opposition presented thereto by Powers Kirn, LLC, on behalf of Wells Fargo Bank, N.A., and for cause shown, it is

**ORDERED** as follows:

1. The Debtors' motion to reinstate the debtors' bankruptcy case is hereby granted upon the terms and conditions set forth herein.

2. The automatic stay of creditors is hereby reinstated as to all creditors, subject to the limitations set forth herein.

3. The automatic stay in relation to real property commonly known as 905 Woodland Avenue, Union, NJ 07083, shall terminate on October 30, 2017, without further order of this Court so that Wells Fargo Bank, N.A., its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies, including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take legal action for enforcement of its right to possession of the subject property.

4. The stay relief permitted within paragraph 3 of this Order shall be effective on the date listed, which date is subject to extension by further Order of this Court.

5. Post-petition arrears due to Wells Fargo Bank, N.A., shall be cured through the Debtors' plan and are hereby added to the claim filed by the mortgagee, in the sum of $11,656.34, which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 3 | Payments @ | $2,866.71 | (04/17-06/17) | = | $8,600.13 |
| 1 | Payments @ | $3,056.21 | (07/17) | = | $3,056.21 |
| | Arrears to Cure: | | | = | $11,656.34 |

Page 3
Debtor: Mark Smith and Pamjoi Smith, aka Joy Smith, aka Joyce Smith
Case No.: 16-32726-SLM
Caption of Order: ORDER REINSTATING CASE, AUTOMATIC STAY, AND PROVIDING OTHER RELIEF

6. Debtors shall resume regular monthly mortgage payments starting on August 1, 2017.

7. Should debtor(s) default in any payment due to Wells Fargo Bank, N.A., for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

8. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Mark Smith  
Pamjoi Smith  
    Debtors

Case No. 16-32726-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Aug 29, 2017  
　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2017.  
db/jdb　　　+Mark Smith,　Pamjoi Smith,　905 Woodland Avenue,　Union, NJ 07083-7712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017　　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2017 at the address(es) listed below:

    Bruce W. Radowitz　　on behalf of Joint Debtor Pamjoi  Smith bradowitz@comcast.net, r45676@notify.bestcase.com  
    Bruce W. Radowitz　　on behalf of Debtor Mark  Smith bradowitz@comcast.net, r45676@notify.bestcase.com  
    Denise E. Carlon　　on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Denise E. Carlon　　on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Jeanette F. Frankenberg　　on behalf of Creditor    SETERUS INC., as servicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION cmecf@sternlav.com  
    Marie-Ann Greenberg    magecf@magtrustee.com  
    U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
    William M.E. Powers　　on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com  
    William M.E. Powers, III　　on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 9