| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Laura Egerman, Esq. (LE-2000) | CASE NO.: 16-32726<br><br>CHAPTER 13<br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Mark Smith,**<br><br>    **Debtor.**<br><br>**Pamjoi Smith**<br>**aka Joy Smith**<br>**aka Joyce Smith,**<br><br>    **Joint Debtor.** | |

## AMENDED OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

DITECH FINANCIAL LLC ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtors' Modified Chapter 13 Plan (DE # 46), and states as follows:

1. Debtors Mark Smith and Pamjoi Smith aka Joy Smith aka Joyce Smith, (the "Debtors"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on November 30, 2016.

2. Secured Creditor holds a security interest in the Debtors' real property located at 114 S ARLINGTON AVE, EAST ORANGE, NJ 07018-3017, by virtue of a Mortgage recorded on September 15, 2005 at Instrument Number 5135829 of the Public Records of Essex County, NJ. Said Mortgage secures a Note in the amount of $208,000.00.

3. The Debtors filed a Modified Chapter 13 Plan on July 18, 2017.

4.    The Plan fails to include arrears payments toward the Note and Mortgage with Secured Creditor.  It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is $3,946.83.  Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.  Secured Creditor objects to any plan which proposes to pay it anything less than $3,946.83 as the pre-petition arrearage over the life of the plan.

5.    Debtor is obligated to fund a Plan which is feasible to cure the arrears due to the objecting creditor within a reasonable time pursuant to 11 U.S.C § 1322(b)(5). The plan fails to satisfy the confirmation requirements of 11 U.S.C § 1325(a)(1).

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

RAS Citron, LLC
Attorney for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707

By: /s/Laura Egerman
Laura Egerman, Esquire
NJ Bar Number  LE-8250
Email: legerman@rasnj.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC** <br> 130 Clinton Road, Suite 202 <br> Fairfield, NJ 07004 <br> Telephone Number 973-575-0707 <br> Attorneys For Secured Creditor <br><br> Laura Egerman, Esq. (LE-2000) | CASE NO.: 16-32726 <br><br> CHAPTER 13 <br><br> **Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:** <br><br> **Mark Smith** <br><br>     Debtor, <br><br> **Pamjoi Smith** <br> **aka Joy Smith** <br> **aka Joyce Smith,** <br><br>     **Joint Debtor.** | |

# CERTIFICATION OF SERVICE

1. I, Laura Egerman, represent DITECH FINANCIAL LLC in this matter.

2. On <u>September 26, 2017</u>, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below: Amended Objection to Confirmation.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

September 26, 2017          RAS Citron, LLC
                            Attorney for Secured Creditor
                            130 Clinton Road, Suite 202
                            Fairfield, NJ 07004
                            Telephone Number 973-575-0707

                            By: /s/Laura Egerman
                            Laura Egerman, Esquire
                            NJ Bar Number  LE-8250
                            Email: legerman@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bruce W. Radowitz<br>636 Chestnut Street<br>Union, NJ 07083 | Attorney for Debtors | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Mark Smith<br>905 Woodland Avenue<br>Union, NJ  07083<br><br>Pamjoi Smith<br>905 Woodland Avenue<br>Union, NJ  07083 | Debtors | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd  Suite 330<br>Fairfield, NJ 07004 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |