| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br><br> **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br><br> Bruce W. Radowitz, Esq <br> 636 Chestnut Street <br> Union, New Jersey 07083 <br> (908) 687-2333 <br> BRUCE W. RADOWITZ, ESQ. <br> Attorney for Debtor | Order Filed on December 8, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
|---|---|
| In Re: <br><br> MARK SMITH AND PAMJOI SMITH | Case No.: 16-32726 <br> Adv. No.: <br><br> Hearing Date: <br><br> Judge: SLM |

### CONSENT ORDER TO CRAMDOWN AND STRIP AWAY THE SECOND MORTGAGE OBLIGATION OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC ("MERS") SERVICED BY UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY OF NORTH CAROLINA ON REAL PROPERTY LOCATED 114 SOUTH ARLINGTON AVENUE, EAST ORANGE, NEW JERSEY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 8, 2017**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

DEBTORS:   MARK SMITH AND PAMJOI SMITH
CASE NO:   16-32726/SLM

ORDER CAPTION: <u>CONSENT ORDER TO CRAMDOWN AND STRIP AWAY THE SECOND MORTGAGE OBLIGATION OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC ("MERS") SERVICED BY UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY OF NORTH CAROLINA ON REAL PROPERTY LOCATED 114 SOUTH ARLINGTON AVENUE, EAST ORANGE, NEW JERSEY</u>

**THIS MATTER** having come before this Court upon the consent order of Bruce W. Radowitz, Esq., attorneys for the Debtor, and the Court having reviewed the application herein, and for good cause shown;

**ORDERED**, that the second mortgage debt of Mortgage Electronic Registration Systems, Inc ("MERS") serviced by United Guaranty Residential Insurance Company of North Carolina claim number 9 shall be treated as a General Unsecured Claim, and further,

**ORDERED**, that the lien interest of the second mortgage of Mortgage Electronic Registration Systems, Inc ("MERS") serviced by United Guaranty Residential Insurance Company of North Carolina is hereby voided upon the entry of Debtor's Discharge, and further,

**ORDERED**, that within (30) days of such Discharge, the second mortgage of Mortgage Electronic Registration Systems, Inc ("MERS") serviced by United Guaranty Residential Insurance Company of North Carolina shall discharge the mortgage recorded at mortgage book 10733 and page 507 and recorded on 9/15/2005.

**ORDERED**, upon presentation of this Consent Order and the Discharge of Debtors, the Essex County Clerk is authorized to discharge the second mortgage of record of Mortgage Electronic Registration Systems, Inc ("MERS") serviced by United Guaranty Residential Insurance Company of North Carolina

**ORDERED**, that in the event that Mortgage Electronic Registration Systems, Inc ("MERS") serviced by United Guaranty Residential Insurance Company of North Carolina fails to discharge the mortgage within the prescribed period, the debtors and/or their counsel may record a certified or exemplified copy of the bankruptcy discharge order and this Consent Order with the recorder of deeds in which case same shall have the same force and effect as a Discharge of Mortgage.

We hereby consent to the form, content, and entry of the within Order

_R. David Andlus_ (signature)
UNITED GUARANTY RESIDENTIAL
INSURANCE COMPANY OF NORTH CAROLINA

Date: 11/30/17

_Bruce W. Radowitz_ (signature)
BRUCE W. RADOWITZ, ESQ
ATTORNEY FOR THE DEBTOR

Date: 12/1/2017