UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Bruce W. Radowitz, Esq
636 Chestnut Street
Union, New Jersey 07083
(908) 687-2333
BRUCE W. RADOWITZ, ESQ.
Attorney for Debtor

Order Filed on December 8, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

MARK SMITH AND PAMJOI SMITH

Case No.: 16-32726
Adv. No.:

Hearing Date:

Judge: SLM

**CONSENT ORDER TO CRAMDOWN AND STRIP AWAY THE SECOND MORTGAGE OBLIGATION OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC ("MERS") SERVICED BY UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY OF NORTH CAROLINA ON REAL PROPERTY LOCATED 114 SOUTH ARLINGTON AVENUE, EAST ORANGE, NEW JERSEY**

The relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

DATED: December 8, 2017

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

DEBTORS: MARK SMITH AND PAMJOI SMITH
CASE NO: 16-32726/SLM

ORDER CAPTION: **CONSENT ORDER TO CRAMDOWN AND STRIP AWAY THE SECOND MORTGAGE OBLIGATION OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC ("MERS") SERVICED BY UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY OF NORTH CAROLINA ON REAL PROPERTY LOCATED 114 SOUTH ARLINGTON AVENUE, EAST ORANGE, NEW JERSEY**

**THIS MATTER** having come before this Court upon the consent order of Bruce W. Radowitz, Esq., attorneys for the Debtor, and the Court having reviewed the application herein, and for good cause shown;

**ORDERED**, that the second mortgage debt of Mortgage Electronic Registration Systems, Inc ("MERS") serviced by United Guaranty Residential Insurance Company of North Carolina claim number 9 shall be treated as a General Unsecured Claim, and further,

**ORDERED**, that the lien interest of the second mortgage of Mortgage Electronic Registration Systems, Inc ("MERS") serviced by United Guaranty Residential Insurance Company of North Carolina is hereby voided upon the entry of Debtor's Discharge, and further,

**ORDERED**, that within (30) days of such Discharge, the second mortgage of Mortgage Electronic Registration Systems, Inc ("MERS") serviced by United Guaranty Residential Insurance Company of North Carolina shall discharge the mortgage recorded at mortgage book 10733 and page 507 and recorded on 9/15/2005.

**ORDERED**, upon presentation of this Consent Order and the Discharge of Debtors, the Essex County Clerk is authorized to discharge the second mortgage of record of Mortgage Electronic Registration Systems, Inc ("MERS") serviced by United Guaranty Residential Insurance Company of North Carolina

**ORDERED**, that in the event that Mortgage Electronic Registration Systems, Inc ("MERS") serviced by United Guaranty Residential Insurance Company of North Carolina fails to discharge the mortgage within the prescribed period, the debtors and/or their counsel may record a certified or exemplified copy of the bankruptcy discharge order and this Consent Order with the recorder of deeds in which case same shall have the same force and effect as a Discharge of Mortgage.

We hereby consent to the form, content, and entry of the within Order

_R. David Andrus_
UNITED GUARANTY RESIDENTIAL
INSURANCE COMPANY OF NORTH CAROLINA
Date: 11/30/17

_Bruce W. Radowitz_
BRUCE W. RADOWITZ, ESQ
ATTORNEY FOR THE DEBTOR
Date: 12/1/2017

United States Bankruptcy Court
District of New Jersey

In re:  
Mark Smith  
Pamjoi Smith  
    Debtors

Case No. 16-32726-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Dec 08, 2017  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2017.  
db/jdb        +Mark Smith,   Pamjoi Smith,   905 Woodland Avenue,   Union, NJ 07083-7712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2017 at the address(es) listed below:

        Bruce W. Radowitz   on behalf of Joint Debtor Pamjoi  Smith bradowitz@comcast.net, r45676@notify.bestcase.com  
        Bruce W. Radowitz   on behalf of Debtor Mark  Smith bradowitz@comcast.net, r45676@notify.bestcase.com  
        Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Jeanette F. Frankenberg   on behalf of Creditor    SETERUS INC., as servicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION cmecf@sternlav.com  
        Laura M. Egerman   on behalf of Creditor   Ditech Financial LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        William M.E. Powers   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com  
        William M.E. Powers, III   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com  
                                                                                       TOTAL: 10