UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2013-2198

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000



**Order Filed on December 20, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Mark Smith
Pamjoi Smith
aka Joy Smith
aka Joyce Smith

Case No.: 16-32726-SLM

Hearing Date: 11/29/2017

Judge: Honorable Stacey L. Meisel

Chapter: 13

### ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2)   is hereby **ORDERED**.

**DATED: December 20, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Mark Smith and Pamjoi Smith
aka Joy Smith
aka Joyce Smith
Case No.: 16-32726-SLM
Caption of Order: ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for Wells Fargo Bank, N.A., appearing and for cause shown, it is

**ORDERED** as follows:

1. The objection to confirmation filed on behalf of Wells Fargo Bank, N.A., is hereby resolved upon the conditions set forth herein.

2. The parties agree that the automatic stay has expired as to the real property known as 905 Woodland Avenue, Union, New Jersey, on October 30, 2017 pursuant to the Court's Order entered on August 29, 2017.

3. The debtor shall complete a permanent loan modification and/or a short sale with respect to the mortgage held by Wells Fargo Bank, N.A., no later than January 31, 2018.

4. Wells Fargo Bank, N.A. is hereby permitted to reschedule the sheriff sale relative to the subject property to a date after January 31, 2018.

5. The objections filed on behalf of the Secured Creditor are hereby preserved and may be presented in relation to any further plan of reorganization presented by the debtor.

6. The Secured Creditor shall serve a copy of this Order upon the debtor, debtor's counsel, and the Standing Chapter 13 Trustee.