# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Mark Smith
Pamjoi Smith

Case No.: 16-32726

Hearing Date: 04/11/2018

Chapter: 13

Judge: Stacey L. Meisel

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Stacey L. Meisel, United States Bankruptcy Judge.

**Reason for Hearing:** Opposition to the Trustee's Certification of Default filed by debtor's counsel

**Location of Hearing:** Courtroom No. 3A
US BANRKUTPCY COURT
50 WALNUT STREET
NEWARK, NEW JERSEY 07102

**Date and Time:** 4/11/2018 at 9:00a.m., or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: 03/08/2018

JEANNE A. NAUGHTON, Clerk

By: Edith Valentin
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on 03/08, 20 18 this notice was served on the following: Debtor, Joint Debtor, Counsel for Debtors, Trustee

JEANNE A. NAUGHTON, Clerk

By: Edith Valentin
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Mark Smith  
Pamjoi Smith  
    Debtors

Case No. 16-32726-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 08, 2018  
                        Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2018.
```
db/jdb     +Mark Smith,   Pamjoi Smith,   905 Woodland Avenue,   Union, NJ 07083-7712
cr         +Robertson, Anschutz & Schneid, P.L.,   Bankruptcy Department,   6409 Congress Ave,   Suite 100,
            Boca Raton, FL 33487-2853
cr         +Seterus, Inc., as authorized sub-servicer for Fede,   Stern, Lavinthal & Frankenberg, LLC,
            105 Eisenhower Parkway,   Suite 302,   Roseland, NJ 07068-1640
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2018 at the address(es) listed below:
```
          Bruce W. Radowitz    on behalf of Joint Debtor Pamjoi   Smith bradowitz@comcast.net,
           r45676@notify.bestcase.com
          Bruce W. Radowitz    on behalf of Debtor Mark   Smith bradowitz@comcast.net,
           r45676@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
           Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
           the laws of the United States of America cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    SETERUS INC., as servicer for FEDERAL NATIONAL
           MORTGAGE ASSOCIATION cmecf@sternlav.com
          Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                            TOTAL: 11
```