Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−32726−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark Smith                                       Pamjoi Smith
   905 Woodland Avenue                  aka Joy Smith, aka Joyce Smith
   Union, NJ 07083                            905 Woodland Avenue
                                                  Union, NJ 07083

Social Security No.:
   xxx−xx−4329                               xxx−xx−8757

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on December 1, 2017.

   On 5/4/18 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:              June 13, 2018
Time:            09:00 AM
Location:       Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: May 7, 2018
JAN: dmc

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-32726-SLM
Mark Smith                                                      Chapter 13
Pamjoi Smith
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin            Page 1 of 2           Date Rcvd: May 07, 2018
                             Form ID: 185           Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2018.
```
db/jdb         +Mark Smith,   Pamjoi Smith,    905 Woodland Avenue,    Union, NJ 07083-7712
cr             +Robertson, Anschutz & Schneid, P.L.,    Bankruptcy Department,    6409 Congress Ave,   Suite 100,
                 Boca Raton, FL 33487-2853
cr             +Seterus, Inc., as authorized sub-servicer for Fede,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,   Roseland, NJ 07068-1640
516522969      +AHS Overlook Med Ctr Opins 3 c/o,    P.D.A.B Inc,    66 Ford Road Suite 114,
                 Denville, NJ 07834-1300
516522970      +Atlantic Health Systems,    Po Box 35611,   Newark, NJ 07193-5611
516522971     #+Capital One c/o,    Eltman Law, PC,    101 Hudson St Ste 2702,   Jersey City, NJ 07302-3929
516522972      +City of Elizabeth,    Department of Public Works,    50 Winfield Scott Plaza,
                 Elizabeth, NJ 07201-2408
516522974      +Cornell Hall Care & Rehabilitatiton Cent,    c/o Romano & Romano, Esqs,    573 Bloomfield Avenue,
                 Verona, NJ 07044-1818
516522976      +Enterprise Recovery Sys,    840 S. Front Age Rd,   Woodridge, IL 60517-4900
516522978      +FIA c/o Weinberg & Assoc,    1200 Laurel Oak Road ste 104,   Voorhees, NJ 08043-4317
516522977      +Fedloan Servicing,    Po Box60610,   Harrisburg, PA 17106-0610
516522982      +LVNV Funding c/o,    Forster, Garbus & Garbus,    60 Motor Parkway,   Commack, NY 11725-5710
516522981      +Liberty Water,    Po box 371852,   Pittsburgh, PA 15250-7852
516522983      +North Jersey Pediatic Orthopeadic,    140 Chestnut Street,   Ste 201,   Ridgewood, NJ 07450-2536
516522984       Overlook at Union Imaging c/o,    Summit Radiology Assoc,    Po Box 1259,
                 Port Chester, NY 10573-8000
516522985      +Powers Kirn,   9 East Stow Road,    Ste C,   Marlton, NJ 08053-3159
516522986     #+Progressive Financial Services,Inc,    Po Box 22083,   Tempe, AZ 85285-2083
516753195      +Seterus Inc. as servicer for Federal National Mort,    P.O. Box 1047,   Hartford, CT 06143-1047
516522988      +Seterus c/o Stern Lavinthal,    105 Eisenhower Parkway, Suite 302,    Roseland, NJ 07068-1640
516522989      +Summit Radiological Asso.,    dba Westfield Imaging Center,   Po Box 460,   Summit, NJ 07902-0460
516522990     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Motor Credit,    5005 N. River Blvd NE,
                 Cedar Rapids, IA 52411)
516624577      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
516719328       U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
516522991      +Union EMA,   Po Box 417442,    Boston, MA 02241-7442
516522994      +Verizon Wireless c/oMRS,    1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
516727246       Wells Fargo Bank, N.A.,    Attn: Default Document Processing,    MAC# N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN 55121-7700
516522995      +Wells Fargo Home Mortgage,    Po Box 10335,   Des Moines, IA 50306-0335
516522996      +Wells Fargo Mortgage,    Po Box 6423,   Carol Stream, IL 60197-6423
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 07 2018 23:47:02      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2018 23:47:01      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516522968      +E-mail/Text: bankruptcydepartment@tsico.com May 07 2018 23:47:48
                 ADT Security c/o Transworld Systems,    507 Prudential Rad,   Horsham, PA 19044-2308
516596769       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 07 2018 23:51:22
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK   73124-8838
516522973       E-mail/Text: ned-collections_bankruptcydocuments@comcast.com May 07 2018 23:47:37      Comcast,
                 Po Box69,   Newark, NJ 07101-0069
516522975      +E-mail/Text: bankruptcy.bnc@ditech.com May 07 2018 23:46:50      DiTech Financial, LLC,
                 PO Box 6172,   Rapid City, SD 57709-6172
516705394       E-mail/Text: bankruptcy.bnc@ditech.com May 07 2018 23:46:50
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516522979       E-mail/Text: cio.bncmail@irs.gov May 07 2018 23:46:39      Internal Revenue Service,
                 Po Box 7346,   Philadelphia, PA 19101-7346
516522980       E-mail/Text: JCAP_BNC_Notices@jcap.com May 07 2018 23:47:14      Jefferson Capital Systems, LLC,
                 16 McLeand Road,   Saint Cloud, MN 56303
516748933       E-mail/PDF: resurgentbknotifications@resurgent.com May 07 2018 23:41:20      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC   29603-0587
516522992      +E-mail/Text: bankruptcygroup@ugcorp.com May 07 2018 23:47:27      United Guaranty,
                 230 North Elm Street,   Greensboro, NC 27401-2417
516754779      +E-mail/Text: bankruptcygroup@ugcorp.com May 07 2018 23:47:27
                 United Guaranty Residential Ins Co of NC,    PO Box 20327,   Greensboro, NC 27420-0327
516522993      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 07 2018 23:46:20
                 Verizon Wireless,   Po Box 26055,    Minneapolis, MN 55426-0055
                                                                                              TOTAL: 13
```

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: May 07, 2018
                              Form ID: 185             Total Noticed: 41


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517167551*       Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                  Rapid City, South Dakota 57709-6154
516522987     ##+Seterus,   Po Box 2008,   Grand Rapids, MI 49501-2008
                                                                                  TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2018 at the address(es) listed below:
          Bruce W. Radowitz    on behalf of Joint Debtor Pamjoi  Smith bradowitz@comcast.net,
           r45676@notify.bestcase.com
          Bruce W. Radowitz    on behalf of Debtor Mark   Smith bradowitz@comcast.net,
           r45676@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor     SETERUS INC., as servicer for FEDERAL NATIONAL
           MORTGAGE ASSOCIATION cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor     Seterus, Inc., as authorized sub-servicer for
           Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
           the laws of the United States of America cmecf@sternlav.com
          Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg     magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 11
```