UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550
973-227-2840
Chapter 13 Standing Trustee

In Re:

Mark & Pamjoi Smith

Order Filed on May 14, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

Case No.:  16-32726

Judge:  STACEY L. MEISEL

## ORDER DISMISSING PETITION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: May 14, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  Mark & Pamjoi Smith

Case No.:  16-32726 SLM

Caption of Order:  Order Dismissing Petition

---

THIS MATTER having come before the Court on 4/11/2018 for a Hearing on Trustee's Certification of Default, and the Court having entered an Order Permitting Debtor(s) to Cure Arrearages on 4/16/2018 ordering debtor(s) to file a modified plan to surrender 905 Woodland Ave. property and amended schedule I and J by 5/4/2018, and in the event debtor(s) did not file said amendments, the case would be dismissed without further notice to debtor(s) or debtor(s)' attorney, and debtor(s) having failed to file a modified plan surrendering 905 Woodland Ave. property and amended schedule I and J, and sufficient cause having been shown, it is hereby

ORDERED AND DIRECTED, that the Debtor(s)' Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder be and they hereby are dismissed without prejudice.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-32726-SLM
Mark Smith                                                            Chapter 13
Pamjoi Smith
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 14, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db/jdb          +Mark Smith,   Pamjoi Smith,   905 Woodland Avenue,   Union, NJ 07083-7712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
              Bruce W. Radowitz    on behalf of Joint Debtor Pamjoi  Smith bradowitz@comcast.net,
               r45676@notify.bestcase.com
              Bruce W. Radowitz    on behalf of Debtor Mark  Smith bradowitz@comcast.net,
               r45676@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    SETERUS INC., as servicer for FEDERAL NATIONAL
               MORTGAGE ASSOCIATION cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
                Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
                the laws of the United States of America cmecf@sternlav.com
              Laura M. Egerman    on behalf of Creditor   Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                               TOTAL: 11