UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on June 22, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

MARK AND PAMJOI SMITH

| | |
|---|---|
| Case Number: | 16-32726 |
| Hearing Date: | 6/13/2018 |
| Judge: | STACEY L. MEISEL |
| Chapter: | 13 |

Recommended Local Form:    ✔ Followed    ☐ Modified

# ORDER DENYING APPLICATION
# FOR COMPENSATION

The relief set forth on the following page is hereby **ORDERED**.

DATED: June 22, 2018

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having considered the debtor's counsel's request for attorney fees, and the objection of the Standing Trustee and for good cause shown, it is

ORDERED that counsel's request is:

☐    Granted.

✓    Denied without prejudice due to the following:
   *~~Counsel's failure to comply with D.N.J. LBR 2016-1(a)(1)(H);~~
   Counsel's failure to appear at hearing; and
   As a result of insufficient funds on hand in the plan to pay said fees.

```
*For the reasons set forth in the Chapter 13 Trustee's
Limited Objection (Docket No. 97), specifically: (1)
failure to attach retainer agreement to application for
compensation; and (2) failure to include a narrative
explaining the nature of the work performed and the
results achieved; and any circumstances not apparent
from the description of services or that the applicant
seeks to emphasize, including special employment terms,
billing or expense policies, voluntary reductions,
reasons for the use of multiple professional persons
for a particular activity, and reasons for substantial
time billed for a particular activity, see D.N.J. LBR
2016-1(a)(1)(H);
```