| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| | Order Filed on June 22, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| MARK AND PAMJOI SMITH | Case Number: 16-32726 |
| | Hearing Date: 6/13/2018 |
| | Judge: STACEY L. MEISEL |
| | Chapter: 13 |

Recommended Local Form:     ✔ Followed     ❒ Modified

# ORDER DENYING APPLICATION
# FOR COMPENSATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 22, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

                                                              `counsel's`

The court having considered the debtor's ̌request for attorney fees, and the objection of the Standing Trustee and for good cause shown, it is

ORDERED that counsel's request is:

☐   Granted.

☑   Denied without prejudice due to the following:
   *~~Counsel's failure to comply with D.N.J. LBR 2016-1(a)(1)(H);~~
   Counsel's failure to appear at hearing; and
   As a result of insufficient funds on hand in the plan to pay said fees.

```
*For the reasons set forth in the Chapter 13 Trustee's
Limited Objection (Docket No. 97), specifically: (1)
failure to attach retainer agreement to application for
compensation; and (2) failure to include a narrative
explaining the nature of the work performed and the
results achieved; and any circumstances not apparent
from the description of services or that the applicant
seeks to emphasize, including special employment terms,
billing or expense policies, voluntary reductions,
reasons for the use of multiple professional persons
for a particular activity, and reasons for substantial
time billed for a particular activity, see D.N.J. LBR
2016-1(a)(1)(H);
```

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-32726-SLM
Mark Smith                                                                      Chapter 13
Pamjoi Smith
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Jun 25, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2018.
db/jdb         +Mark Smith,    Pamjoi Smith,    905 Woodland Avenue,    Union, NJ 07083-7712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2018 at the address(es) listed below:
              Bruce W. Radowitz    on behalf of Joint Debtor Pamjoi  Smith bradowitz@comcast.net,
               r45676@notify.bestcase.com
              Bruce W. Radowitz    on behalf of Debtor Mark  Smith bradowitz@comcast.net,
               r45676@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    SETERUS INC., as servicer for FEDERAL NATIONAL
               MORTGAGE ASSOCIATION cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
               Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
               the laws of the United States of America cmecf@sternlav.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                                 TOTAL: 11