Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−32726−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark Smith
905 Woodland Avenue
Union, NJ 07083

Pamjoi Smith
aka Joy Smith, aka Joyce Smith
905 Woodland Avenue
Union, NJ 07083

Social Security No.:
 xxx−xx−4329

xxx−xx−8757

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: September 4, 2018

Stacey L. Meisel
Judge, United States Bankruptcy Court